UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Billy Joe Cagle**
64 Road #3 South
Cartersville, GA 30120

**xxx−xx−8332**

Case No.: **11−44235−mgd**
Chapter:  **7**
Judge:  **Mary Grace Diehl**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Thomas D. Richardson**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

*Mary Grace Diehl*
───────────────────
Mary Grace Diehl
United States Bankruptcy Judge

Dated: April 6, 2012
Form 184